**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**CIVIL ACTION NO. 2017-306 – WOB-CJS**

**BRIAN ANTHONY BURD**                                             **PETITIONER**

**VS.**                                   <u>ORDER</u>

**FAYETTE COUNTY CIRCUIT COURT**                                  **RESPONDENT**


This matter is before the court on the Report and Recommendation of the United States Magistrate Judge (Doc. #9), and no objections having been filed, and the court being advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this court; that the petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. #1) be, and it hereby is, **dismissed** with prejudice and **stricken** from the docket of this court. No certificate of appealability shall issue herein. A separate judgment shall enter concurrently herewith.

This 6th day of June, 2019.



Signed By:

*William O. Bertelsman* WOB

**United States District Judge**